DOA: 1.17.24

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Alfredo GONZALEZ-Gonzalez,<br><br>Defendant. | Case No.: **2:24-mj-08051**<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation (Felony) |

The undersigned complainant being duly sworn states:

On or about January 17, 2024, within the Southern District of California, the defendant, Jose Alfredo GONZALEZ-Gonzalez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the Calexico, California West Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the

defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*[signature]*
Margarita Carter, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th day of January 2024.

*[signature]*
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
           v.
Jose Alfredo GONZALEZ-Gonzalez

## STATEMENT OF FACTS

The complainant states this Complaint and Statement of Facts are based upon the investigative report of Customs and Border Protection (CBP) Officer Murillo that defendant, Jose Alfredo GONZALEZ-Gonzalez (GONZALEZ), attempted to enter the United States at the Calexico, California West Port of Entry on January 17, 2024.

On January 17, 2024, at approximately 8:11 p.m., defendant, GONZALEZ applied for admission into the United States from Mexico at the Calexico, California West Port of Entry through Pedestrian Primary lanes.  Upon inspection before United States Customs and Border Protection (CBP) Officer Cisneros, GONZALEZ provided a California Identification Card in the name of M.A.S. as his entry document and stated he is a United States citizen.  GONZALEZ further stated he was going home.  CBP Officer Cisneros proceeded to conducted system checks on the name and date of birth of the California Identification Card provided and received a TECS computer-generated alert.  CBP Officer Cisneros proceeded to escorted GONZALEZ to the secondary office for further inspection.

During the secondary inspection, GONZALEZ's fingerprints were queried through the Integrated Automated Fingerprint Identification System (IAFIS) with results revealing an extensive criminal record and multiple immigration violations.  Record checks contain no evidence GONZALEZ is in possession of any legal documents allowing his entry into the United States.

GONZALEZ was advised of his Miranda rights to which he stated he understood and was willing to answer questions without the presence of an attorney.  GONZALEZ stated he was attempting to enter the United States illegally by presenting a California Identification Card that is not his and claimed to be a United States citizen.  GONZALEZ stated he told the CBP Officer he was going home.  GONZALEZ stated he lied to the CBP Officer that he is a United States citizen for the purpose of illegally entering the United States.  GONZALEZ admitted he has no entry document to enter the United States legally.  GONZALEZ stated he has resided and worked illegally in the United States multiple times.  GONZALEZ stated he was deported from the United States to Mexico.  GONZALEZ stated he knew it was illegal to attempt entry in the manner that he did, but he did to come make some money.  GONZALEZ stated his final destination was California to resume illegal residency and work at a company where he has been employed previously.

Official records confirmed GONZALEZ is an alien, a native and citizen of Mexico with no legal documents to enter, pass through, reside, or be legally employed in the United States.  Further records revealed GONZALEZ was deported from the United States to Mexico by an Immigration Judge on July 4, 2004.  Records also revealed RAMIREZ was last ordered removed from the United States to Mexico on December 27, 2019.  There is no evidence showing GONZALEZ has applied for or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.